United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN DEAN PARKS,                      No. C-12-6018 EMC (pr)

        Plaintiff,

    v.                                 **ORDER REVOKING PAUPER STATUS**

BULMARO CHAVEZ,

        Defendant.
_____/

       The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(2). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

       IT IS SO ORDERED.

Dated: November 5, 2013

                                            _____
                                            EDWARD M. CHEN
                                            United States District Judge