UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN PARKS, | No. C-12-6018 EMC (pr) |
|     Plaintiff, | |
|     v. | **ORDER REVOKING PAUPER STATUS** |
| BULMARO CHAVEZ, | |
|     Defendant. | |

The Ninth Circuit has requested this Court to determine whether *in forma pauperis* status should continue for Plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(2). The Court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff on appeal in this action.

IT IS SO ORDERED.

Dated: November 5, 2013

                                                        _____
                                                        EDWARD M. CHEN
                                                        United States District Judge

United States District Court
For the Northern District of California